E-FILED
Monday, 15 June, 2026  05:14:46 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

TANISHA CALLOWAY,
    Plaintiff,

v.                                                                Case No. 2:25-cv-2321

COMMISIONER OF SOCIAL
SECURITY,
    Defendant.

**Order**

Now before the Court is the Defendant's Motion to Remand to the Commissioner (D. 12).[1] In this unopposed Motion, the parties jointly request that the Court remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate as follows.

Upon receipt of the Court's Order, the Appeals Council will remand the matter to an Administrative Law Judge ("ALJ"). On remand, the ALJ will offer Plaintiff the opportunity for a hearing; proceed through the sequential disability evaluation process as appropriate; obtain supplemental vocational expert testimony if warranted; and issue a new decision.

The Court finds the request for remand appropriate and so the Defendant's Motion for Remand (D. 12) is GRANTED. Accordingly, any pending briefing

---

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

schedule is vacated, and the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk's Office is hereby directed to enter judgment. The matter is now terminated.

*It is so ordered.*

Entered on June 15, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE